UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-08307-JFW (DFM) | Date: | December 29, 2021 |
|---|---|---|---|
| Title | Larry Avila v. R. C. Johnson et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On October 10, 2021, Plaintiff, a state prisoner, submitted to this Court a civil rights complaint alleging that prison officials were deliberately indifferent to an infection that could cause Plaintiff to lose his leg. See Dkt. 1 ("Complaint"). However, the Complaint was not accompanied by the necessary filing fee or a request to proceed without prepayment of it. See Dkt. 2.

On October 28, 2021, the Court therefore ordered Plaintiff to submit to the Court within 21 days a completed CV-60P form, which is the proper form for a state prisoner to request to proceed without prepayment of filing fees. See Dkt. 4. The Court warned Plaintiff that failure to timely submit that form could result in a recommendation that this case be dismissed. See id. Plaintiff did not submit a completed CV-60P form or file any other response to the Court's order.

Accordingly, **within twenty-one (21) days of the date of this order**, Plaintiff is ORDERED to do one of the following: (1) show good cause in writing why the Court should not dismiss this action for failure to prosecute, or (2) submit to the Court a completed CV-60P form. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**

The Clerk of Court is directed to mail Plaintiff, along with a copy of this order, a blank copy of the Court's form CV-60P.