JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY AVILA, <br><br> Plaintiff, <br><br> v. <br><br> R. C. JOHNSON et al., <br><br> Defendants. | No. CV 21-08307-JFW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: April 18, 2022

_____
JOHN F. WALTER
United States District Judge